IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TAMMIE MARSHALL, | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:14-cv-00671-ALM |
| SAFECO INSURANCE COMPANY OF INDIANA, | § § § § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Tammie Marshall and Defendant Safeco Insurance Company of Indiana (collectively, the "Parties") file this *Joint Motion to Dismiss with Prejudice* and respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter by Plaintiff Tammie Marshall against Defendant Safeco Insurance Company of Indiana be dismissed in its entirety with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Tammie Marsall and Defendant Safeco Insurance Company of Indiana, respectfully request that the above-styled and numbered case be dismissed in its entirety with prejudice to the re-filing of same with costs of Court to be taxed against the party incurring same.

Respectfully submitted

*/s/ Zach Moseley*
SCOTT HUNZIKER
State Bar No. 24032446
ZACH MOSELEY
State Bar No. 24092863

**THE VOSS LAW CENTER**
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
scott@vosslawfirm.com
chris@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFF
TAMMIE MARSHALL**

*/s/ Colin Batchelor*
MARK D. TILLMAN
State Bar No. 00794742
COLIN BATCHELOR
State Bar No. 24043545

**TILLMAN BATCHELOR**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721

**ATTORNEYS FOR DEFENDANT
SAFECO INSURANCE COMPANY OF
INDIANA**

## CERTIFICATE OF SERVICE

   This is to certify that a true and correct copy of the foregoing has been forwarded to Plaintiff's counsel of record via electronic means and/or facsimile, on the 7th day of June, 2016, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

SCOTT HUNZIKER
CHRIS SCHLEIFFER
**THE VOSS LAW CENTER**
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone:  (713) 861-0015
Facsimile:   (713) 861-0021
scott@vosslawfirm.com
chris@vosslawfirm.com

              */s/ Colin Batchelor*
              Colin Batchelor