IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TAMMIE MARSHALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:14-cv-00671-ALM |
| | § | |
| SAFECO INSURANCE COMPANY OF INDIANA, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came on to be heard the parties' *Joint Motion to Dismiss with Prejudice* (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that all claims that have been and/or could have been asserted in the above-styled and numbered case by Plaintiff Tammie Marshall against Defendant Safeco Insurance Company of Indiana are hereby dismissed with prejudice to the re-filing of same with costs of Court to be taxed against the party incurring the same. All relief not expressly granted herein is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 21st day of June, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE